[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-11193

Non-Argument Calendar

_____

MUSIC ROYALTY CONSULTING, INC.,

Plaintiff-Appellee,

*versus*

WILLIAM RUDOLPH MCLEAN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:22-cv-02110-RBD-DCI

_____

2                    Opinion of the Court                    24-11193

Before WILSON, NEWSOM, and GRANT, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. William McLean appeals from the district court's April 12, 2024 order resolving all claims as to liability but leaving the question of remedies to be determined at a future hearing. We lack jurisdiction because that order left the question of damages to be resolved later and, thus, is not a final decision. *See CSX Transp., Inc. v. City of Garden City*, 235 F.3d 1325, 1327 (11th Cir. 2000) (providing that we generally only have jurisdiction over the final decisions of district courts); *Liberty Mut. Ins. Co. v. Wetzel*, 424 U.S. 737, 744 (1976) (providing that a judgment that determines liability but leaves the assessment of damages or other relief to be determined is not final).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.